# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-1196

_____

Carol A. Fulbright; Luther Fulbright,   *
                                        *

        Appellants,   *

                                    *   Appeal from the United States
      v.                             *   District Court for the
                                      *   Southern District of Iowa.

Des Moines City Housing Authority;   *
Bill Wilkens, Director; Marty Good,      *      [UNPUBLISHED]
Housing Coordinator; Tangela Weiss,   *
Housing Supervisor; Rita Townsend,    *
Housing Coordinator,               *

                                       *

        Appellees.     *

_____

Submitted: October 3, 2001
Filed: October 9, 2001

_____

Before HANSEN, FAGG, and BEAM, Circuit Judges.

_____

PER CURIAM.

Luther and Carol Fulbright appeal the district court's order dismissing their housing-discrimination action against the Des Moines City Housing Authority and four of its employees. The Fulbrights failed to fulfill multiple discovery requests, despite a court order to do so. Having carefully reviewed the record, we conclude the district court did not abuse its discretion in dismissing the action, with prejudice,

under Federal Rule of Civil Procedure 37(b)(2)(C).  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT